FILED
2009 Sep-14 PM 12:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| v. | ] | CR-09-BE-0022-NE |
| | ] | |
| **ALLAN MILTON MOSELEY** | ] | |

## ORDER

On August 14, 2009, Magistrate Judge Davis filed a Report and Recommendation (doc. 14) in which he recommended denying the Defendant's Motion to Suppress (doc. 9). The defendant filed objections (doc. 16) to which the Government responded (doc. 18).

The court has made an independent review of the materials on file, including a review of the transcript of the hearing conducted on August 12, 2009 (doc. 15). The court finds that the Magistrate Judge correctly stated the law and correctly applied that law to the facts of the case. Therefore, the court ADOPTS the Report and Recommendation and DENIES the Defendant's Motion to Suppress.

DONE and ORDERED this 14th day of September 2009.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE